No. 04–7810. CONTEH *v.* GONZALES, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 04–8386. COLE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 04–8530. BAKER *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 04–8557. WHITNEY *v.* WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 04–8730. HAMILTON *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 04–8734. HENDRICKS *v.* RUSHTON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–8738. FELDER *v.* MCKINNEY ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–8742. SMITH *v.* TEXAS. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 04–8745. COLEMAN *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–8746. WALDON *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 04–8747. MOSELEY *v.* SCRIBNER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8748. OWEN *v.* MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 04–8754. JACKSON *v.* SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–8755. RODRIGUEZ *v.* GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 2d Cir. Certiorari denied.